IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHER DIVISION
No. 2:12-CV-60-D

| | | |
|---|---|---|
| JAMES F. PETERSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| RODNEY MIDGETT, former Sheriff of Dare County, et al., | ) | |
| Defendants. | ) | |

On November 20, 2014, defendants filed a 23-page reply brief without prior court approval [D.E. 104]. The reply brief violates this court's local rules. See Local Civil Rule 7.2(e). The court STRIKES the reply brief, DENIES defendants' motion for leave to exceed the page limit [D.E. 107], and DISMISSES plaintiffs' motion to strike [D.E. 105] as moot. Defendants shall file a reply brief no longer than ten pages by December 10, 2014.

SO ORDERED. This **4** day of December 2014.

JAMES C. DEVER III
Chief United States District Judge