UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JAMES F. PETERSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 2:12-CV-60-D |
| ) | |
| RODNEY MIDGETT, J.D. DOUGHTIE, ) | |
| DARE COUNTY, PAIGE L. MULLEN, ) | |
| TOMMY AMBROSE, TOMMY T. ) | |
| BLANCHARD, OHIO CASUALTY ) | |
| INSURANCE COMPANY, JOHN DOES ) | |
| 1 THROUGH 3, JANE DOE, and JOHN ) | |
| DOE 1 AND 2 SURETY COMPANY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to strike, GRANTS defendants' motion for summary judgment, and DISMISSES as moot plaintiff's motion for sanctions for spoilation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with the stipulation of dismissal filed on April 30, 2013, Rodney Midgett is dismissed as a defendant.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with the stipulation of dismissal filed on October 21, 2014, Tommy T. Blanchard and Dare County are dismissed as defendants.

This case is closed.

**This Judgment Filed and Entered on September 25, 2015, and Copies To:**

| | |
|---|---|
| Eric Laurence Doggett | (via CM/ECF electronic notification) |
| Kristen Yarbrough Riggs | (via CM/ECF electronic notification) |
| Sonny S. Haynes | (via CM/ECF electronic notification) |
| Christopher J. Geis | (via CM/ECF electronic notification) |

DATE **JULIE RICHARDS JOHNSTON, CLERK**

September 25, 2015  By:  /s/ Crystal Jenkins

  Deputy Clerk