UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| James Petersen,<br>            Plaintiff,<br><br>v.<br><br>Rodney Midgett, J.D. Doughtie,<br>Dare County, Paige L. Mullen, Tommy Ambrose,<br>Tommy T. Blanchard, Ohio Casualty Insurance<br>Company, John Does 1 Through 3, Jane Doe, and<br>John Doe 1 and 2 Surety Company,<br><br>            Defendants. | **JUDGMENT**<br><br>No. 2:12-CV-60-D |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS in part defendants' motion for costs [D.E. 120] and AWARDS defendants $11,371.93 in costs.

The clerk shall tax total costs of $11,371.93 against plaintiff.

<u>This judgment filed and entered on November 25, 2015, and served on:</u>

Eric Laurence Doggett (via CM/ECF electronic notification)
Kristen Yarbrough Riggs (via CM/ECF electronic notification)
Sonny S. Haynes (via CM/ECF electronic notification)
Christopher J. Geis (via CM/ECF electronic notification)

November 25, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk